**TENORIO_A.taxgar1**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW M.Q. TENORIO,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO.  96-00082<br><br>**APPLICATION FOR WRIT OF GARNISHMENT** |

APPLICATION FOR WRIT OF GARNISHMENT

　　　　The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the District Court of Guam to issue a Writ of Garnishment upon the judgment entered against the Defendant-Judgment Debtor ANDREW M.Q. TENORIO, whose last known mailing address is:  P.O. Box 20622, GMF, Guam 96921, (hereinafter "Debtor"),   in the above cited action for the sum of $121,000.00 which includes a $100.00 special assessment fee and restitution in the amount of $120,900.00.

　　　　There is a balance of $185,090.99, as of April 29, 2008 ($116,027.24 principal + $69,063.75 int. to 4/29/2008).

//

| | |
|---|---|
| 1 | Demand for payment of the above-stated debt was made upon the debtor not less than 30 |
| 2 | days and the Debtor has failed to satisfy the debt. |
| 3 | The Garnishee is believed to have possession of property (including nonexempt |
| 4 | disposable earnings) in which Defendant-Judgment Debtor ANDREW M.Q. TENORIO has a |
| 5 | substantial nonexempt interest. |
| 6 | The names and address of the Garnishees or his authorized agents is: |

        Department of Revenue & Taxation
        Attn.: Artemio B. Ilagan, Director
        P.O. Box 23607
        GMF, Guam 96921

DATED this 30th day of April, 2008.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI

By: /s/ Jessica F. Cruz
      JESSICA F. CRUZ
      Assistant U.S. Attorney
      Jessica.F.Cruz@usdoj.gov
      MIKEL W. SCHWAB
      Assistant U.S. Attorney
      mikel.schwab@usdoj.gov