**TENORIO_A.TaxGarSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW M.Q. TENORIOA, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> DEPARTMENT OF REVENUE ) <br> AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br>_____) | CRIMINAL CASE NO. 96-00082 <br><br><br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on **April 30, 2008**, I electronically filed **Application for Writ of Garnishment** and on **May 13, 2008**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed copies of the following: **Application for Writ of Garnishment, Order Granting**

//

//

1 | **Court Approval for the District Court Clerk to Issue a Writ of Garnishment, Writ of Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to defendant by mail at his last known address and to the garnishee by personal service on **May 13, 2008**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 05/16/08       By:   /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov