ORIGINAL

TENORIO_A.taxgar5

**FILED**
DISTRICT COURT OF GUAM

MAY 2 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 96-00082 |
| Plaintiff, ) | |
| vs. ) | |
| ANDREW M.Q. TENORIO, ) | **ANSWER OF THE GARNISHEE** |
| Defendant, ) | |
| DEPARTMENT OF REVENUE ) AND TAXATION, ) GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
　(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

　　That he/she is Garnishee herein doing business in the name of _____

_____.

　　(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

　　That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

//

IF GARNISHEE IS A CORPORATION:

   That he/she is the (State Official Title) _____
of Garnishee, _____ a corporation, organized under the laws of the
_____   _____.

IF GARNISHEE IS A GOVERNMENT ENTITY:

   State name and address of agency, and name and official title of authorized representative:   <u>Department of Revenue and Taxation</u>
   <u>PO Box 23607 Barrigada Guam 96921</u>
   <u>Paul J. Terlaje</u>
   <u>Taxpayer Service Administrator</u>

   1.   On _____, 2008, Garnishee was served with the Writ of Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No
___   ✓   Defendant was in my/our employ.

   Pay period is weekly ___ , bi-weekly ___ , semi-monthly ___ , monthly ___ .

   The Defendant's present pay period began on _____.

   (Present means the pay period in which this order and notice of garnishment were served)

   The Defendant's present pay period ends on _____

   Enter amount of net wages. Calculate below:

   (a) Gross Pay                   $_____
   (b) Federal income tax          _____
   (c) F.I.C.A. income tax         _____
   (d) State/Local income tax      _____
   Total of tax withholdings       $_____
   Net Wages                       $_____ (a less total of b,c,d)

//
//

| | Yes | No | | |
|---|---|---|---|---|
| | ___ | ✓ | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| | ___ | ✓ | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: Last filed TY 2000 |

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

//
//
//
//

1    5.  For each item of property (other than earnings) which you expect to obtain
2    custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Yes   No
___   ✓   6.  Do you make any claim of exemption on the part of
              Defendant?  If yes, please explain the nature and
              basis of your claim:

_____
_____
_____
_____

Yes   No
___   ✓   7.  Do you have any objections to the garnishment of
              the Defendant?  If yes, please explain the nature and
              basis of your objection:

_____
_____
_____
_____

//
//
//

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

    ✓ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, ANDREW M.Q. TENORIO, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, ANDREW M.Q. TENORIO at P.O. Box XXXXX, GMF, Guam 96921 and (2) the attorneys for the United States, Jessica F. Cruz, Assistant United States Attorney, and Mikel W. Schwab, Assistant U.S. Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DEPARTMENT OF REVENUE AND TAXATION,
GOVERNMENT OF GUAM
Garnishee

By: _____

Paul J. Terlaje

PO Box 23607, Barrigada, Guam 96921

635-1821

Name/address/Phone Number of person preparing Answer

The foregoing instrument was acknowledged before me this _____ day of _____, 2008.

_____
Notary Public

- 5 -

Case 1:96-cr-00082    Document 89    Filed 05/28/2008    Page 5 of 5