**TENORIO_A.wdraword**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 96-00082 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| ANDREW M.Q. TENORIO, ) | Re: United States Motion to Withdraw |
| ) | Writ of Garnishment |
| Defendant, ) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
|   AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |

Based upon the Plaintiff's Motion to Withdraw Writ of Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Garnishment is hereby withdrawn.

**IT IS SO ORDERED** this 26th day of August, 2008.

        **/s/ Frances M. Tydingco-Gatewood**
        **Chief Judge**