**TENORIO_A.WdrawSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 96-00082 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ANDREW M.Q. TENORIO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
|   AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |

      I hereby certify that on August 19, 2008, I electronically filed **Motion to Withdraw Writ of Garnishment** with the Clerk of Court using the CM/ECF system. A copy of the following documents: **Motion to Withdraw Writ of Garnishment** and **Order re United States Motion**

//

flu/mp

1  //

**to Withdraw Writ of Garnishment** were sent to the defendant, ANDREW M.Q. TENORIO and garnishee, DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM by mail on **August 26, 2008**.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and the NMI

DATED: 08/27/08  By: /s/ Jessica F. Cruz  
JESSICA F. CRUZ  
Assistant U.S. Attorney  
Jessica.F.Cruz@usdoj.gov  
MIKEL W. SCHWAB  
Assistant U.S. Attorney  
mikel.schwab@usdoj.gov

flu/mp

- 3 -